IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00411-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. LUCAS BYRON SHORT and
2. KEVIN KEONI RANDALL,

  Defendants.

---

**ORDER PERMITTING DISCLOSURE OF GRAND JURY TRANSCRIPTS AND OTHER MATERIAL PRODUCED BEFORE THE GRAND JURY FOR OFFICIAL PURPOSES ONLY**

---

  The Court has reviewed the government's motion for an Order to permit disclosure of grand jury transcripts to the defense, for official use only, in this case before trial pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), Rule 16(d), and the All Writs Act at Title 28 U.S.C. § 1651. Having reviewed the file and being sufficiently advised in the premises, the Court finds and concludes as follows:

  Rule (6)(e)(3)(E) provides in part that the "court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter: (i) preliminarily to or in connection with a judicial proceeding. . ." Rule (6)(e)(3)(F) provides in part that, when the government files a motion for disclosure, the hearing on said motion may be done *ex parte*.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Permit Disclosure of Grand Jury Transcripts and Other Material Produced Before the Grand Jury Before Trial** [#101] filed March 16, 2010, is granted; and

2. That the Court permits the government to disclose to the defense the Grand Jury transcripts recorded before the Grand Jury that resulted in the indictment in the above styled and numbered cause.

Dated March 17, 2010.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge