## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 09–cr–00411–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUCAS BYRON SHORT, and
2. KEVIN KEONI RANDALL,

    Defendants.

## MINUTE ORDER[1]

    Notices of Disposition were filed on April 2, 2010, and April 5, 2010, respectively.[2] A Joint Change of Plea hearing is set for both defendants for **April 15, 2010**, at 9:00 a.m.

    **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C.

    On the date of the joint change of plea hearing, counsel shall bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    **IT IS FURTHER ORDERED** as follows:

    1. That the Trial Preparation Conference set for April 9, 2010, is **VACATED**; and

    2. That the jury trial set to commence April 12, 2010, is **VACATED**.

    Dated: April 8, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Although both notices of disposition were filed out of time without leave of the court, in the interests of justice and judicial economy, the court exercises its discretion to waive the requirement to facilitate the progress of this case. *See* **D.C.COLO.LCrR 11.1A.** ("Unless otherwise ordered, notice of disposition shall be filed no later than 14 days before the date set for the trial.")