**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.    09-cr-00411-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEVIN RANDALL,

      Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated December 16, 2010, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge